UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

v.

MARK BONN, et al.,

    Defendants.

No. MC 23-80246 WHA

**ORDER DENYING REQUEST TO FILE COMPLAINT**

An order in a previous action before the undersigned judge (No. C 09-03892 WHA) declared Malinka Tacuma Wade Moye a vexatious litigant. The order required that Moye obtain pre-filing review before filing further actions alleging false imprisonment, assault, attempted murder, and other crimes (*See* Dkt. No. 1-4).

In this new civil number, Moye has again attempted to file a complaint alleging the crimes subject of the pre-filing order (Dkt. No. 1; S*ee* also Dkt. No. 2). This order construes the foregoing as a request to file a complaint. Because the proposed complaint encompasses the same, incomprehensible claims as did Moye's prior complaints, Moye's request to file is **DENIED**. The action is dismissed, and the file will be closed.

**IT IS SO ORDERED.**

Dated: September 27, 2023

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE